CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAGE ROMAN,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH EDLOW, *in his official capacity as Director of United States Citizenship and Immigration Services*, *et al*.,<br><br>Defendants. | Case No. 4:26-cv-06304-KAW<br><br>**STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b); ORDER** |

Plaintiff commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Plaintiff had been interviewed. USCIS now is prepared to resolve this matter by adjudicating Plaintiff's application for naturalization. However, USCIS cannot adjudicate the application until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that:

1. The Court shall remand this case to USCIS directing the agency to take all necessary actions and to issue a decision on Plaintiff's application for naturalization within 60 days of September 15, 2026, the date USCIS received Plaintiff's response to the Notice of Intent to Deny issued on his Form N-400 on September 14, 2026.

2. If USCIS does not issue a decision on Plaintiff's application for naturalization within the time frames set forth above, Defendants agree not to oppose any motion by Plaintiff requesting that the Court vacate the remand order and reassert jurisdiction over Plaintiff's action pursuant to 8 U.S.C. § 1447(b).

3. Each of the parties shall bear their own costs and fees.

Dated: September 22, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
Acting United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: September 22, 2026

/s/ Sage Roman
SAGE ROMAN
Pro Se Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 24, 2026

HON. KANDIS A. WESTMORE
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.